624

Louis Earl VINSON, Appellant, v. The STATE of Texas, Appellee.

No. 24521.

Court of Criminal Appeals of Texas.

Oct. 19, 1949.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Upon his plea of guilty appellant was convicted of unlawfully possessing narcotics and his punishment assessed at confinement in the penitentiary for three years.

By proper affidavit he advises the court that he does not further desire to prosecute his appeal. Upon appellant's request said appeal is therefore dismissed.

FARMER v. STATE.

No. 24488.

Court of Criminal Appeals of Texas.

Oct. 19, 1949.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for unlawfully carrying a pistol; the penalty assessed is a fine of $200.

The complaint and information, as well as all other matters of procedure, appear to be in regular form. The record is before this court without a statement of facts and bills of exception, in the absence of which, no question is presented for review.

The judgment of the trial court is affirmed.